Battle, J.
 

 We
 
 agree with Iris Honor, before whom the issue of
 
 devisa/oit ml non
 
 was tried, that after tlie script was signed b,y tlie testator and subscribed, in Ms presence, by tw©
 
 *311
 
 attesting witnesses, the proposal made by one of them, and assented to by the testator, to take the script to a lawyer, for the purpose of ascertaining whether the provisions wore properly expressed, did not prevent it from being a complete will. Assuming that the purpose of the testator was to alter the script, if the lawyer should so advise, there was nothing said or done, at the time, to render the act of publication incomplete. The testator had done all the law required to make a complete will, before the proposal was made by the witness, and being complete, the will could be revoked only in one of the modes prescribed in the statute, viz., by burning, cancel-ling, tearing, or obliterating the same, or by some other will or codicil in writing, or by some other writing, properly executed for the purpose. See Eev. Code, chap. 119, section 22. The judgment of the Court below, pronounced in favor of the script as the last will of the testator, is affirmed.
 

 Pee Cueiam, Judgment affirmed.